

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00058-CR

**THOMAS DUANE BLANCHARD,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 272nd District Court**
**Brazos County, Texas**
**Trial Court No. 12-02861-CRF-272**

## MEMORANDUM OPINION

Thomas Duane Blanchard appealed his conviction for possession of a controlled substance, methamphetamine. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115 (West 2010). He has now filed a motion to dismiss his appeal which he and his attorney signed.

Blanchard's motion is granted, and this appeal is dismissed. TEX. R. APP. P. 42.2(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed January 30, 2014
Do not publish
[CR25]